of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Howard F. Burns* for petitioners. *Messrs. Thomas B. Gilchrist* and *Luther Day* for respondents.

No. 283. LAUGHARN, TRUSTEE, *v.* BERNSTEIN ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Reuben G. Hunt* for petitioner. *Mr. Roland G. Swaffield* for respondents.

No. 284. EASTHOM-MELVIN Co. ET AL. *v.* HOFFMAN ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harold O. Mulks* for petitioners. *Mr. Charles H. Hamill* for respondents.

No. 285. BLUE VALLEY CREAMERY Co. *v.* CONSOLIDATED PRODUCTS Co. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Joseph Joffe* for petitioner. *Mr. John T. Chadwell* for respondent.

No. 288. WISLAR *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Edwin R. Wakefield* for petitioner. *Solicitor General Jackson,* and *Messrs. John R. Benney* and *Charles A. Horsky* for the United States.

No. 289. ADAMS, RECEIVER, ET AL. *v.* EASTMAN ET AL. October 10, 1938. Petition for writ of certiorari to the